IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-207-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARKEITH HART | ) | |

This matter is before the court on the government's motion [DE-38] to file its Sentencing Memorandum [DE-37] under seal. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-37].

SO ORDERED.

This, the 27 day of March, 2015.

JAMES C. FOX
Senior United States District Judge