IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00207-F-1
No. 5:16-CV-00168-F

| | |
|---|---|
| MARKEITH HART, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The enclosed document in the above-captioned matter is hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The filing is deficient in the following respect:

- The filing entitled "Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255" does not have an original signature.

Petitioner is DIRECTED to correct the deficiency listed above and return the corrected document within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED.

This  6  day of June, 2016.

*James C. Fox*
James C. Fox
Senior United States District Judge